**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOSEPH LAVALLEY, THOMAS D.
SMITH, and DYLAN TORRES
PAGAN,

     Plaintiffs,

                                     Case No. 3:24-cv-1055-TJC-LLL

v.

ST. JOHNS COUNTY, FLORIDA,

     Defendant.

---

## O R D E R

On December 4, 2024, the Court held a video status conference to set a briefing schedule on the Plaintiffs' Motion for Preliminary Injunction (Doc. 2). At that time, counsel for Defendant St. Johns County ("the County") announced that the County had agreed to cease enforcement of the Ordinance at issue, thereby mooting the need for the Court's expedited review of Plaintiffs' Motion for Preliminary Injunction.

Based on the representations of the attorneys by the parties at the status conference, it is hereby

**ORDERED:**

1.    Consideration of Plaintiffs' Motion for Preliminary Injunction (Doc. 2) is **ABATED** until further order of the Court.

2.   The County has agreed to cease enforcement of St. Johns County Ordinance No. 2023-16 ("the Ordinance"), pending further order of the Court.

3.   If the County decides to reinstitute enforcement of the Ordinance, it is directed to first notify the Court and Plaintiffs' counsel in advance of enforcement.

4.   If enforcement of the Ordinance occurs in error, the parties' counsel shall communicate and attempt to resolve the matter before addressing the Court.

5.   The parties are directed to file a joint status report on the case **no later than February 10, 2025**. Until that time, all court deadlines in this matter are **STAYED**.

**DONE AND ORDERED** in Jacksonville, Florida, the 16th day of December, 2024.



*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
Senior United States District Judge

jcd
Copies:

Counsel of record

2