## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JOSEPH LAVALLEY, THOMAS D.
SMITH and DYLAN TORRES
PAGAN,

       Plaintiffs,                        Case No.: 3:24-cv-1055-TJC-LLL

v.

ST. JOHNS COUNTY, FLORIDA,

       Defendant.

_____/

### JOINT STATUS REPORT

The parties hereby file this Joint Status Report pursuant to this Court's December 16, 2024, Order (ECF 15), and state as follows:

1)     On October 14, 2024, Plaintiffs filed a Complaint (ECF 1) and Motion for Preliminary Injunction (ECF 2).

2)     At the Scheduling Conference held on December 4, 2024, counsel for Defendant St. Johns County announced that the County had agreed to cease enforcement of the Ordinance at issue, St. Johns County Ordinance No. 2023-16. Subsequently, the Court issued an Order abating consideration of Plaintiffs' Motion for Preliminary Injunction. The parties were directed to file a joint status report on February 10, 2025, and all court deadlines in this matter were stayed until that time.

3)     The parties are currently working to resolve the matter, and request that the proceedings be stayed for a short time to see if a settlement can be reached.

4)   Plaintiffs propose the following:

   a.  The Court stay the proceedings for another 30 days, and the parties will file another joint status report if they have reached or are near reaching a settlement.

   b.  If, however, it does not appear that the case is likely to be resolved, the parties will file their case management report on the date the stay expires.

5)   Defendant proposes the following:

   a.  The parties will file another joint status report in 60 days to report on the progress towards settlement.

Dated: February 10, 2025                                      Respectfully submitted,


/s/ *Susan Erdelyi*                                          /s/ *Chelsea Dunn*
**MARKS, GRAY, P.A.**                                        **Dante P. Trevisani**
Susan S. Erdelyi                                             Florida Bar No. 72912
Florida Bar No. 0648965                                      *dtrevisani@fji.law*
Julianna R. Favale                                           **Ray Taseff**
Florida Bar No. 1032046                                      Florida Bar No. 352500
1200 Riverplace Blvd., Suite 800                             *rtaseff@fji.law*
Jacksonville, Florida 32207                                  Florida Justice Institute, Inc.
Telephone: (904) 398-0900                                    40 NW 3rd Street, Suite 200
Facsimile: (904) 399-8440                                    Miami, Florida 33128
serdelyi@marksgray.com                                       Phone: 305-358-2081
jfavale@marksgray.com                                        Fax: 305-358-0910
jmcduffie@marksgray.com

**Attorneys for Defendant**

2

**Chelsea Dunn**
Florida Bar No. 1013451
Chelsea.Dunn@southernlegal.org
**Jodi Siegel**
Florida Bar No. 511617
Jodi.Siegel@southernlegal.org
**Daniel Marshall**
Florida Bar No. 617210
Dan.Marshall@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, Florida 32601
Phone: 352-271-8890
Fax: 352-271-8347

**Attorneys for Plaintiffs**