**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOSEPH LAVALLEY, THOMAS D.
SMITH and DYLAN TORRES
PAGAN,

      Plaintiffs,                    Case No.: 3:24-cv-1055-TJC-LLL

v.

ST. JOHNS COUNTY, FLORIDA,

      Defendant.

_____ /

**FIFTH JOINT STATUS REPORT**

The parties file this Joint Status Report pursuant to this Court's August 4, 2025 Order (ECF 29) and state:

1)      On October 14, 2024, Plaintiffs filed a Complaint (ECF 1) and Motion for Preliminary Injunction (ECF 2).

2)      At the Scheduling Conference held on December 4, 2024, counsel for Defendant St. Johns County announced that the County had agreed to cease enforcement of the Ordinance at issue, St. Johns County Ordinance No. 2023-16. Subsequently, the Court issued an Order abating consideration of Plaintiffs' Motion for Preliminary Injunction. The parties were directed to file a joint status report on February 10, 2025, and all court deadlines in this matter were stayed until that time. On February 10, 2025, the parties filed a Joint Status Report (ECF 20), in which they announced progress toward settlement and requested additional time to achieve that goal. On February 20, 2025, the Court acknowledged its review of the Joint Status

Report and issued an Order continuing the stay of all pending deadlines and directing the parties to report by April 15, 2025. On April 15, 2025, the parties filed a Second Joint Status Report (ECF 22) and on April 18 the Court issued an Order continuing the stay of all pending deadlines and directing the parties to report by June 16, 2025. (ECF 23). On June 16, 2025, the parties filed a Third Joint Status Report (ECF 24) and on June 23, 2025, the Court issued an Order continuing the stay of all pending deadlines and directing the parties to report by July 31, 2025 (ECF 25). On July 31, 2025 the parties filed a Fourth Joint Status Report (ECF 28) and on August 4, 2025, the Court entered an Order continuing the stay of all pending deadlines and directing the parties to file a joint status report on September, 1, 2025. Due to the Labor Day holiday this Joint Status Report is being filed on September 2, 2025.

3)    Defendant sent its most recent settlement offer to Plaintiffs on September 2, 2025 and negotiations between the parties continue.

4)    The parties request that the proceedings be stayed for additional time to continue negotiations and see if a settlement can be reached.

5)    The parties propose that the Court stay the proceedings through October 2, 2025, and the parties will either file a notice of settlement or another joint status report notifying the Court of progress towards settlement and will also address their positions on lifting or continuing the stay of litigation.

Dated: September 2, 2025.

2

| | |
|---|---|
| /s/ *Susan Smith Erdelyi*<br>**MARKS, GRAY, P.A.**<br>Susan S. Erdelyi<br>Florida Bar No. 0648965<br>Julianna R. Favale<br>Florida Bar No. 1032046<br>1200 Riverplace Blvd., Suite 800<br>Jacksonville, Florida 32207<br>Telephone: (904) 398-0900<br>Facsimile: (904) 399-8440<br>serdelyi@marksgray.com<br>jfavale@marksgray.com<br>jmcduffie@marksgray.com<br><br>**Attorneys for Defendant** | /s/ *Dante P. Trevisani*<br>**Dante P. Trevisani**<br>Florida Bar No. 72912<br>dtrevisani@fji.law<br>**Ray Taseff**<br>Florida Bar No. 352500<br>rtaseff@fji.law<br>Florida Justice Institute, Inc.<br>40 NW 3rd Street, Suite 200<br>Miami, Florida 33128<br>Phone: 305-358-2081<br>Fax:  305-358-0910<br><br><br>/s/ *Dan Marshall*<br>**Jodi Siegel**<br>Florida Bar No. 511617<br>Jodi.Siegel@southernlegal.org<br>**Daniel Marshall**<br>Florida Bar No. 617210<br>Dan.Marshall@southernlegal.org<br>Southern Legal Counsel, Inc.<br>1229 NW 12th Avenue<br>Gainesville, Florida 32601<br>Phone: 352-271-8890<br>Fax: 352-271-8347<br><br>**Attorneys for Plaintiffs** |

3