## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JOSEPH LAVALLEY, THOMAS D. SMITH and DYLAN TORRES PAGAN,

     Plaintiffs,

v.

ST. JOHNS COUNTY, FLORIDA,

     Defendant.

_____ /

Case No.: 3:24-cv-1055-TJC-LLL

### NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

COMES NOW the Plaintiffs, Joseph LaValley, Thomas D. Smith and Dylan Torres Pagan, by and through undersigned counsel, and give notice that the partied have settled the issues in this case. Therefore, Plaintiffs stipulate and request that the Court dismiss this action with prejudice.

Dated: December 17, 2025.

*/s/ Daniel Marshall*
**Daniel Marshall**
Florida Bar No. 617210
Dan.Marshall@southernlegal.org
**Jodi Siegel**
Florida Bar No. 511617
Jodi.Siegel@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, Florida 32601
Phone: 352-271-8890
Fax: 352-271-8347

**Dante P. Trevisani**
Florida Bar No. 72912
dtrevisani@fji.law
**Ray Taseff**
Florida Bar No. 352500
rtaseff@fji.law
Florida Justice Institute, Inc.
40 NW 3rd Street, Suite 200
Miami, Florida 33128
Phone: 305-358-2081
Fax:  305-358-0910

**Attorneys for Plaintiffs**