**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOSEPH LAVALLEY et al.,

     Plaintiffs,

                                Case No. 3:24-cv-1055-TJC-LLL

v.

ST. JOHNS COUNTY, FLORIDA,

     Defendant.

---

**O R D E R**

The Court has been advised that this case has settled. (Doc. 38). This document, signed by counsel for Plaintiffs, purports to dismiss Plaintiffs' claims against Defendant St. Johns County, Florida, with prejudice.

Federal Rule of Civil Procedure 41 only allows a plaintiff to unilaterally dismiss a case without court order before the defendant has answered or moved for summary judgment; otherwise, the plaintiff must file a stipulation of dismissal signed by all parties who have appeared to dismiss the case without court order. FED. R. CIV. P. 41(a)(1)(A). Defendant St. Johns County filed an answer in this case (Doc. 7), but the dismissal is signed only by Plaintiffs' counsel. Thus, if Plaintiffs intend to dismiss their claims against Defendant St. Johns County, Plaintiffs must file a stipulation of dismissal signed by counsel for both parties no later than **January 9, 2026**.

**DONE AND ORDERED** in Jacksonville, Florida the 19th day of December, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record

2