## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JOSEPH LAVALLEY, THOMAS D. SMITH and DYLAN TORRES PAGAN,

     Plaintiffs,

v.

ST. JOHNS COUNTY, FLORIDA,

     Defendant.

_____ /

Case No.: 3:24-cv-1055-TJC-LLL

### JOINT STIPULATION OF DISMISSAL

COMES NOW the Parties, Plaintiffs Joseph LaValley, Thomas D. Smith and Dylan Torres Pagan, and Defendant St. Johns County, Florida, by and through undersigned counsel, and stipulate and request that the Court dismiss this action with prejudice. Except as noted in the Settlement Agreement, the parties shall each bear their own attorneys' fees and costs.

Dated: January 7, 2026.

| /s/ *Susan Smith Erdelyi* | /s/ *Dante P. Trevisani* |
|---|---|
| **MARKS, GRAY, P.A.** | **Dante P. Trevisani** |
| Susan S. Erdelyi | Florida Bar No. 72912 |
| Florida Bar No. 0648965 | dtrevisani@fji.law |
| Julianna R. Favale | **Ray Taseff** |
| Florida Bar No. 1032046 | Florida Bar No. 352500 |
| 1200 Riverplace Blvd., Suite 800 | rtaseff@fji.law |
| Jacksonville, Florida 32207 | Florida Justice Institute, Inc. |
| Telephone: (904) 398-0900 | 40 NW 3rd Street, Suite 200 |
| Facsimile: (904) 399-8440 | Miami, Florida 33128 |
| serdelyi@marksgray.com | Phone: 305-358-2081 |

| | |
|---|---|
| jfavale@marksgray.com<br>jmcduffie@marksgray.com<br><br>**Attorneys for Defendant** | Fax:  305-358-0910<br><br><br>*/s/ Dan Marshall*<br>**Jodi Siegel**<br>Florida Bar No. 511617<br>Jodi.Siegel@southernlegal.org<br>**Daniel Marshall**<br>Florida Bar No. 617210<br>Dan.Marshall@southernlegal.org<br>Southern Legal Counsel, Inc.<br>1229 NW 12th Avenue<br>Gainesville, Florida 32601<br>Phone: 352-271-8890<br>Fax: 352-271-8347<br><br>**Attorneys for Plaintiffs** |