**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOSEPH LAVALLEY, THOMAS D.
SMITH, and DYLAN TORRES PAGAN,
    Plaintiffs,

                                      Case No. 3:24-cv-1055-TJC-LLL

v.

ST. JOHNS COUNTY, FLORIDA,
    Defendant.

---

### O R D E R

Upon review of the Joint Stipulation of Dismissal (Doc. 40), filed on January 7, 2026, this case is dismissed with prejudice. Except as noted in the settlement agreement, each party shall bear its own attorneys' fees and costs. The file remains closed.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of January, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record